UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |
|---|---|
| JASON CAMACHO AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED, | : |
| Plaintiff, | : |
| -against- | : |
| BEAN N BEAN CORP., | : |
| Defendant. | : |

17cv8500

ORDER

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, District Judge:

It having been reported to this Court that this action has been or will be settled, this action is discontinued without costs to any party, and without prejudice to reopening this action if such an application is made within thirty (30) days of this Order.

Any application to reopen must be filed within thirty (30) days of this Order, and any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for this Court to retain jurisdiction for the purposes of enforcing any settlement, they must submit the settlement agreement to this Court within the same thirty-day period to be "so ordered" by the Court. All conferences in this action are hereby cancelled.

The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: March 20, 2018
        New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.